```
MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12-128 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE; ORDER** |
| v. ) | **THEREON** |
| ) | |
| ) | Date: August 6, 2012 |
| ) | Time: 9:30 a.m. |
| GERARDO ARREDONDO ) | Judge: WILLIAM B. SHUBB |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the status hearing be re calendared for August 6, 2012.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case. As well, defense counsel was actually very ill, was hospitalized

Stip and Order

on July 9 and 10, and is under doctor's orders to not be at work at all for a 2 week period, until July 23, 22012, based on a serious illness.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 6, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: July 19, 2012.                Respectfully submitted,

                                     MARK J. REICHEL, ESQ.

                                     /s/ MARK J. REICHEL
                                     MARK J. REICHEL
                                     Attorney for defendant


                                     BENJAMIN WAGNER
                                     United States Attorney

DATED: July 19, 2012.                /s/MARK J. REICHEL for:
                                     JASON HITT
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.  The status conference is reset for August 6, 2012 at 9:30 a.m.

DATED: July 19, 2012

                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE