MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 12-128 WBS
              Plaintiff,   ) **STIPULATION TO CONTINUE**
                           ) **HEARING DATE; ORDER THEREON**
     v.                    )
                           ) Date: June 4, 2013
                           ) Time: 9:30 a.m.
                           ) Judge: WILLIAM B. SHUBB
GERARDO ARREDONDO          )
                           )
              Defendant.   )
_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the hearing of motions shall be re calendared for June 4, 2013.

Defense counsel needs the additional time as he is out of town on work in Los Angeles on federal appointed cases attempting to resolve those cases. As well, defense counsel and the defendant desire to attempt to resolve the matter with the government before the next hearing date.

Stip and Order On Hearing Date

DATED: May 8, 2013   Respectfully submitted,

                                 MARK J. REICHEL, ESQ.

                                 /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for defendant


                                 BENJAMIN WAGNER
                                 United States Attorney

DATED: May 8, 2013.         /s/MARK J. REICHEL for:
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED**

DATED: May 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE