1   BENJAMIN B. WAGNER
    United States Attorney
2   JASON HITT
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2751

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No. 2:12-cr-0128 WBS
                                 )
12           Plaintiff,          )  STIPULATION AND [~~PROPOSED~~] ORDER
                                 )  RESETTING THE EVIDENTIARY HEARING
13      v.                       )  DATE ON DEFENDANT'S MOTION TO
                                 )  DISMISS THE INDICTMENT
14  GERARDO ARREDONDO,           )
                                 )
15           Defendant.          )
                                 )
16                               )
    _____)
17

18       The parties, plaintiff, United States of America, by and

19  through its counsel, Assistant United States Attorney Jason Hitt,

20  and defendant Gerardo ARREDONDO, by and through his counsel, Mark

21  Reichel, Esq., stipulate and agree that the evidentiary hearing date

22  of June 4, 2013, at **9:00 a.m.**, should be reset for June 18, 2013, at

23  **9:00 a.m.**

24       The joint request is based upon defense counsel's need for

25  additional time to prepare for the hearing by reviewing statements

26  of anticipated government witnesses and view exhibits anticipated to

27  be introduced at the evidentiary hearing, as well as meet with

28  government counsel to attempt to resolve the matter before the

                                  1

evidentiary hearing date.  Both parties believe that a resolution of

the case prior to the evidentiary hearing could result in a

significant benefit the defendant because it would likely result in

less prison time than if the defendant is not successful on his

motion to dismiss.  For these reasons, the parties respectfully

request that the Court reset the evidentiary hearing date of June 4,

2013, to June 18, 2013, at **9:00 a.m.**



Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 31, 2013          By:   /s/Jason Hitt_____
                                   JASON HITT
                                   Assistant U.S. Attorney


DATED:  May 31, 2013         By:   /s/Jason Hitt_____
                                   Authorized to sign for Mr.
                                   Reichel on 05-30-13
                                   MARK REICHEL, Esq.
                                   Attorney for Gerardo ARREDONDO

**O R D E R**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.   The evidentiary hearing set for June 4, 2013, is hereby vacated; and

2.   An evidentiary hearing on the pending motion to dismiss the indictment is set for June 18, 2013, at **9:00 a.m.**

**IT IS SO ORDERED.**

DATED:  May 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE