```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:12-cr-0128 WBS
                                 )
12          Plaintiff,           )  STIPULATION AND [PROPOSED] ORDER
                                 )  RESETTING THE EVIDENTIARY HEARING
13       v.                      )  DATE ON DEFENDANT'S MOTION TO
                                 )  DISMISS THE INDICTMENT
14  GERARDO ARREDONDO,           )
                                 )
15          Defendant.           )
                                 )
16                               )
    _____)
17
18       The parties, plaintiff, United States of America, by and
19  through its counsel, Assistant United States Attorney Jason Hitt,
20  and defendant Gerardo ARREDONDO, by and through his counsel, Mark
21  Reichel, Esq., stipulate and agree that the evidentiary hearing date
22  of June 18, 2013, at 9:30 a.m., should be reset for July 30, 2013,
23  at 9:30 a.m.
24       The joint request is based upon defense counsel's need for
25  additional time to prepare for the hearing by reviewing statements
26  of anticipated government witnesses and view exhibits anticipated to
27  be introduced at the evidentiary hearing, as well as meet with
28  government counsel to attempt to resolve the matter before the
```

1

evidentiary hearing date.  Both parties believe that a resolution of the case prior to the evidentiary hearing could result in a significant benefit the defendant because it would likely result in less prison time than if the defendant is not successful on his motion to dismiss.  For these reasons, the parties respectfully request that the Court reset the evidentiary hearing date of June 18, 2013, to July 30, 2013, at 9:30 a.m.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: June 7, 2013            By:   /s/Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney

DATED:  June 7, 2013          By:   /s/Jason Hitt
                                                Authorized to sign for Mr.
                                                Reichel on 06-06-13
                                                MARK REICHEL, Esq.
                                                Attorney for Gerardo ARREDONDO

**O R D E R**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The evidentiary hearing set for June 18, 2013, is hereby vacated; and

2. An evidentiary hearing on the pending motion to dismiss the indictment is set for July 30, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: June 7, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE