MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>GERARDO ARREDONDO<br><br>　　　　Defendant.<br>_____ | Case No. 12-128 WBS<br><br>**STIPULATION TO CONTINUE HEARING DATE; ORDER THEREON**<br><br>Date: OCTOBER 15, 2013<br>Time: 9:30 a.m.<br>Judge: WILLIAM B. SHUBB |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the trial setting date shall be continued to October 15, 2013 AT 9:30 a.m.

Defense counsel requested, and is just receiving the search warrant affidavits and other discovery requested just before the last hearing; defense counsel must review that with the defendant prior to the next hearing.

Stip and Order On Hearing Date

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through the date of the hearing date now scheduled of October 15, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: October 4, 2013.　　　Respectfully submitted,

　　　　　　　　　　　　　　　MARK J. REICHEL, ESQ.
　　　　　　　　　　　　　　　/s/ MARK J. REICHEL
　　　　　　　　　　　　　　　MARK J. REICHEL
　　　　　　　　　　　　　　　Attorney for defendant


　　　　　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　United States Attorney

DATED: October 4, 2013.　　　/s/MARK J. REICHEL for:
　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED. For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

DATED: October 4, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE